# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
July 14, 2022
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
March 23, 2022
Lyle W. Cayce
Clerk

No. 20-20237

VITOL, INCORPORATED,

*Plaintiff—Appellant,*

versus

UNITED STATES OF AMERICA,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-2275

---

Before KING, ELROD, and WILLETT, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

JENNIFER WALKER ELROD, *Circuit Judge,* dissenting.

No. 20-20237



Certified as a true copy and issued
as the mandate on Jul 14, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 14, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 20-20237    Vitol v. USA
USDC No. 4:18-CV-2275

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc w/encl:
    Mr. Arthur Thomas Catterall
    Mr. Adam P. Feinberg
    Ms. Judith Ann Hagley
    Ms. Sarah Paul
    Mr. Amish M. Shah
    Mr. Daniel G. Strickland
    Ms. Francesca Ugolini