United States District Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VITOL, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H- 18-2275 |
| UNITED STATES OF AMERICA, | § § § | |
| *Defendant*. | § § | |

**FINAL JUDGMENT**

Pursuant to the memorandum opinion and order filed on this date, defendant United States of America's (the Government") motion for summary judgment is **GRANTED**. All of plaintiff Vitol, Inc.'s claims are **DISMISSED WITH PREJUDICE**. Judgment is **ENTERED** in favor of the Government.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on January 5, 2023.

_____
Gray H. Miller
Senior United States District Judge